TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00689-CV

Delma Davila, Appellant

v.

Travis Star Corporation, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 98-06732, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING

PER CURIAM

 Appellant and appellee have filed a joint motion to dismiss this appeal. We grant
the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(1).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Joint Motion

Filed: March 18, 1999

Do Not Publish